IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, Inc., | § | |
| Plaintiff, | § § § § | Civil Action No. |
| vs. | § | 05-30200-KPN |
| TruFast Corporation, | § § | |
| Defendant. | § § | (Jury Trial Demanded) |

FILING FEE PAID:
RECEIPT # 30604l
AMOUNT $ 250.00
BY DPTY CLK ___
DATE 9/12/05

**COMPLAINT SEEKING DAMAGES
AND REQUEST FOR JURY TRIAL**

Plaintiff OMG, Inc. files this Complaint against TruFast Corporation, alleging as follows:

**Parties**

1. Plaintiff OMG, Inc ("OMG"), formerly known as Olympic Manufacturing Group, Inc., is a corporation organized under the laws of the State of Delaware, and maintains its principal place of business at 153 Bowles Road, Agawam, Massachusetts, 01001.

2. Defendant TruFast Corporation ("Defendant") is a corporation organized under the laws of the State of Ohio, and maintains a place of business at 5 Williams County, Road 12-C, Bryan, Ohio 43501.

**Jurisdiction**

3. This cause of action arises under the Patent laws of the United States, Title 35, United States Code, and more particularly under 35 U.S.C. §§ 271, et seq. This Court has jurisdiction over this patent infringement action under the Judicial Code of the United States, 28 U.S.C. §§ 1338(a) and 1331.

1

4. Defendant resides in and/or has engaged in business activity within this judicial district sufficient to vest this Court with personal jurisdiction over Defendant.

### Venue

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b) and (c), and/or 1400(b), in that Defendant is a corporation residing in this judicial district. Defendant also has committed acts in this judicial district that are accused to be direct and/or indirect infringement, contributory infringement and inducement of infringement of the patent-in-suit.

### FACTUAL BACKGROUND

6. On April 18, 2000, the U.S. Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent Number 6,050,765 ("the '765 Patent") in the name of Hubert T. McGovern and Todd W. Emmonds for their invention titled "FASTENER FOR LOGS AND FASTENING TECHNIQUE THEREFOR." The '765 Patent is in full force and effect. A copy of the '765 Patent is attached as Exhibit 1.

7. By assignment and corporate name change, OMG is the owner of the entire right, title, and interest in the '765 Patent, and has the sole right to sue and recover for infringement thereof.

8. The '765 Patent is directed toward a novel screw for penetrating and securing workpieces. The screw described and claimed in the '765 Patent is particularly useful for securing wood materials, such as logs for a log home.

9. Pursuant to 35 U.S.C. § 282, the '765 Patent, and each and every claim therein, is presumed valid.

10. By a written letter dated September 21, 2000 and subsequent communications, OMG has given Defendant actual notice of the '765 Patent and that Defendant has infringed and is continuing to infringe the '765 Patent.

## PATENT INFRINGEMENT COUNT

11. OMG repeats and realleges the allegations set forth in paragraphs 1 through 10 hereof.

12. Defendant has been and is now infringing the '765 Patent by making, using, selling and offering for sale in the United States, and/or importing into the United States, products covered by one or more claims of the '765 Patent, including but not limited to its LumberJack fasteners, Fast Wing fasteners and TimberFast fasteners.

13. Defendant has induced, and continues to induce, infringement of the '765 Patent by knowingly and intentionally inducing others to make, use, sell and/or offer for sale fasteners, assemblies and techniques covered by one or more claims of the '765 Patent.

14. Defendant has contributorily infringed, and continues to contributorily infringe, the '765 Patent by selling, offering to sell and/or importing into the United States components and/or materials covered by one or more claims of the '765 Patent, wherein such components and/or materials constitute a material part of the invention. Defendant has done so and continues to do so knowing that the components and/or materials are especially made or especially adapted for use in an infringement of the '765 Patent, and are not a staple article suitable for substantial non-infringing use.

15. Defendant had actual knowledge of the '765 Patent at the time it was infringing, inducing infringement of, and contributorily infringing the '765 Patent.

Notwithstanding that actual knowledge, Defendant has continued to infringe, induce others to infringe, and contributorily infringe the '765 Patent (all such activities hereinafter "Infringement").

16. Defendant's acts of Infringement have been carried out with its full knowledge of the '765 Patent. Such acts constitute willful and deliberate infringement, entitling OMG to enhanced damages and attorney fees.

17. As a consequence of Defendant's Infringement, OMG has been irreparably damaged, and OMG will continue to be irreparably damaged by such acts in the future unless the Court enjoins Defendant from committing further acts of Infringement.

18. OMG is entitled to recover damages adequate to compensate for Defendant's Infringement, which in no event can be less than a reasonable royalty.

**PRAYER FOR RELIEF**

WHEREFORE, OMG prays for entry of judgment declaring:

A. that Defendant has infringed, contributorily infringed and induced infringement, and continues to infringe, contributorily infringe and induce infringement, of the '765 Patent;

B. that Defendant, its agents, employees, representatives, successors, and assigns and those acting, or purporting to act, in privity or in concert with Defendant be preliminarily and permanently enjoined from further Infringement;

C. that Defendant account for and pay to OMG all damages under 35 U.S.C. § 284, including treble damages, caused by the Infringement;

D. that OMG be granted pre-judgment and post-judgment interest on the damages caused to it by reason of Defendant's Infringement;

E. that Defendant pay to OMG attorney fees pursuant to 35 U.S.C. § 285;

F.   that costs be awarded to OMG; and

G.   that OMG be granted such other and further relief as the Court may deem just and proper.

### JURY DEMAND

OMG hereby demands a trial by jury.

Dated: September 12, 2005

Respectfully Submitted,
OMG, Inc.,
By Its Attorneys:

By: *James C. Duda*
James C. Duda
 BBO No. 551207
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
413-781-2820
Fax: 413-272-6806
e-mail: jduda@bulkley.com

OF COUNSEL:

Guy D. Yale
Clifford P. Kelly
Alix, Yale, & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721
Telephone: (860) 527-9211
Facsimile:  (860) 527-5029
e-mail: email@pctlaw.com

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
OMG, Inc.

**DEFENDANTS**
TruFast Corp.

**(b)** County of Residence of First Listed Plaintiff   Hampden
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Bulkley, Richardson and Gelinas, LLP, 1500 Main St., Ste. 2700
Springfield, MA 01115-5507; (413) 781-2820

Attorneys (If Known)

05 - 30200 - KPN

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Sections 271 et. seq.
Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  09/12/2005
SIGNATURE OF ATTORNEY OF RECORD  /s/ James C. Duda

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __OMG, Inc. v. TruFast Corp.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   05 - 30200 - KPN

   ☐  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ☐  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☐  IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐    Central Division ☐    Western Division ☑

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __James C. Duda, Esq.__
ADDRESS __Bulkley, Richardson and Gelinas, LLP, 1500 Main St., Ste 2700, Springfield, MA 01115-5507__
TELEPHONE NO. __(413) 781-2820__

(CategoryForm.wpd - 5/2/05)