UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

OMG, INC., )
 )
      Plaintiff, )
 )
v. )    05-30200-KPN
 )
TRUFAST CORPORATION, )
 )
      Defendant. )

FILING FEE PAID:
RECEIPT # 306041
AMOUNT $ 100.00
BY DPTY CLK ____
DATE 9/12/05

### MOTION TO ADMIT GUY D. YALE AND CLIFFORD P. KELLY *PRO HAC VICE*

The undersigned, James C. Duda, pursuant to Local Rule 83.5.3 of the Rules of the United States District Court for the District of Massachusetts, hereby moves the Court for an order allowing Guy D. Yale and Clifford P. Kelly to appear and to represent as co-counsel Plaintiff OMG, Inc. ("OMG") in this Court for this particular case. As grounds for this motion, I state as follows:

1.     I am counsel of record in this matter for Plaintiff OMG.

2.     As set forth in the attached Application for *Pro Hac Vice* Admission of Guy D. Yale, Mr. Yale is a partner with the law firm Alix, Yale & Ristas, located at 750 Main Street, Hartford, CT 06103-2721, telephone (860) 527-9211, facsimile (860) 527-5029, is a member of the bars of the State of Connecticut, the United States District Court for the Districts of Connecticut and Arizona, the United States Court of Appeals for the Federal Circuit, and the United States Patent and Trademark Office. I understand that Mr. Yale is a member in good standing of every jurisdiction in which he has been admitted to practice, there are no disciplinary proceedings pending against him, and he has never been denied admission to the

courts of any state or any federal court to which he has applied. I also understand that Mr. Yale is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Yale's participation as counsel would be of invaluable assistance in this action.

3. As set forth in the attached Application for *Pro Hac Vice* Admission of Clifford P. Kelly, Mr. Kelly is a partner with the law firm Alix, Yale & Ristas, located at 750 Main Street, Hartford, CT 06103-2721, telephone (860) 527-9211, facsimile (860) 527-5029, is a member of the bars of the State of Connecticut, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Federal Circuit, and the United States Patent and Trademark Office. I understand that Mr. Kelly is a member in good standing of every jurisdiction in which he has been admitted to practice, there are no disciplinary proceedings pending against him, and he has never been denied admission to the courts of any state or any federal court to which he has applied. I further understand that Mr. Kelly is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Kelly's participation as counsel also would be of invaluable assistance in this action.

WHEREFORE, the undersigned, James C. Duda, respectfully requests that this Court grant this motion and allow Guy D. Yale and Clifford P. Kelly to appear *pro hac vice* as counsel for Plaintiff, OMG, in this case.

DATED: September 12, 2005

Respectfully submitted,

*James C. Duda*
James C. Duda, BBO# 551207
Bulkley, Richardson, and Gelinas, LLP
1500 Main Street - Suite 2700
Springfield, MA 01115-5507
Tel: (413) 781-2820 / Fax: (413) 272-6804
e-mail: jduda@bulkley.com

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OMG, INC. | ) | Civil Action No. |
|  | ) |  |
| Plaintiff, | ) | **05 - 30200 - KPN** |
|  | ) |  |
| V. | ) |  |
|  | ) |  |
| TRUFAST CORPORATION | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER ON MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Upon motion and for good cause shown, it is hereby ORDERED that Clifford P. Kelly may appear in the above-captioned case on behalf of Plaintiff, OMG, Inc.

Dated this ___ day of _____, 2005.

_____
United State District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

OMG, INC.                )
                         )
        Plaintiff,       )
                         )
    v.                   )    05 - 30200 - KPN
                         )
TRUFAST CORPORATION      )
                         )
        Defendant.       )

### ORDER ON MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Upon motion and for good cause shown, it is hereby ORDERED that Guy D. Yale may appear in the above-captioned case on behalf of Plaintiff, OMG, Inc.

Dated this ___ day of _____, 2005.

_____
United State District Court Judge