UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | Civil Action No. |
|---|---|---|
| OMG, INC. | ) | |
| | ) | **05 - 30200 - KPN** |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| TRUFAST CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

APPLICATION FOR *PRO HAC VICE*
ADMISSION OF CLIFFORD P. KELLY

Clifford P. Kelly, counsel for Plaintiff, OMG, Inc. ("OMG"), hereby files this application pursuant to Local Rule 83.5.3(b) of the Rules for the United States District Court for the District of Massachusetts, for permission to appear and participate in this case. As grounds for this application, Clifford P. Kelly states as follows:

1. I am a partner with the law firm Alix, Yale & Ristas, located at 750 Main Street, Hartford, CT 06103-2721.

2. I am a member in good standing of the bars of the State of Connecticut, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Federal Circuit, and the United States Patent and Trademark Office.

3. I am not now and never have been subject to any disciplinary proceedings or order of discipline by any federal or state court.

4. James C. Duda, an attorney at the firm of Bulkley, Richardson and Gelinas, LLP, at 1500 Main Street, Suite 2700, Springfield, MA 01115-5507, is a member of this Court and is entering his appearance in this case on OMG's behalf.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Clifford P. Kelly respectfully requests that this Court enter an Order granting his application to appear and practice before this Court *pro hac vice* in the representation of Plaintiff OMG in the above-captioned matter.

Respectfully submitted,

_____
Clifford P. Kelly
Alix, Yale & Ristas
750 Main Street
Hartford, CT 06103-2721

Dated: September 9, 2005

AO 136 (Rev. 4/94)

# CERTIFICATE OF GOOD STANDING

**05 - 30200 - KPN**

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT            Clifford P. Kelly

                       BAR #:       ct16504

I, **Kevin F. Rowe**, Clerk of the United States District Court, District of Connecticut,

DO HEREBY CERTIFY that Clifford P. Kelly was duly admitted to practice in said Court on July 8, 1996,
and is a member in good standing of the bar of said Court.

Dated at Hartford, Connecticut            Kevin F. Rowe,
                                          Clerk

on September 2, 2005                      *[signature]*
                                          Deputy Clerk