UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30200-KPN

| | | |
|---|---|---|
| OMG, INC. | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| TRUFAST CORP. | ) | |
|     Defendant | ) | |

Please enter my appearance as counsel for plaintiff OMG, Inc. in the case captioned above.

Respectfully submitted,

Gastón de los Reyes
BBO No. 662200
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6249
Fax: (413) 272-6804

Dated: September 23, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each other party by mail on September 23, 2005.

Gastón de los Reyes

#308911