# United States District Court

DISTRICT OF MASSACHUSETTS

Received/WCSO
Date 9/23/05
Time 9:30 Am
By SD
Docketed

OMG, Inc.
   Plaintiff

V.

TruFast Corporation,
   Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 05-30200-KPN

TO: (Name and address of defendant)

TruFast Corporation
02105 Williams County Road, 12-C
Bryan, Ohio  43506

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Duda, Esq., Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**
CLERK

DATE  9/12/05

_(signature)_
(BY) DEPUTY CLERK

O 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE

NAME OF SERVER (PRINT)

TITLE

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other (specify): Business Service. Served Brian Roth, President at TruFast Corp.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| Miles 12  $7.00 | $12.00  Postage $.37 | | $19.37 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 27, 2005
            Date

X _____  Kevin A. Beck, Sheriff
  Signature of Server   Lt. Ryan Baird

218 W. Bryan St., Bryan, OH 43506
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.