UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


OMG INC

    V.                                    CA NO:    05-30200-MAP

TRUFAST CORPORATION

<u>ORDER</u>

NOVEMBER 9, 2005


    The above captioned case was filed with this Court on September 12, 2005.     To date no answer has been filed, nor any further action taken.   Therefore,  plaintiff's counsel  is hereby ordered to file a status report on or before November 23, 2005 as to his intent to proceed with the above captioned case.  Failure to do so shall result in the dismissal of the complaint for lack of prosecution.


                             MICHAEL A. PONSOR
                             U.S. DISTRICT JUDGE


                             <u>/s/Elizabeth A. French</u>
                             Elizabeth A. French
                             Deputy Clerk