UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30200-MAP

| | |
|---|---|
| OMG, INC.         ) | |
|     Plaintiff   ) | |
| ) | |
| v.                ) | NOTICE OF APPEARANCE |
| ) | |
| TRUFAST CORP.     ) | |
|     Defendant  ) | |

Please enter my appearance as counsel for Plaintiff OMG, Inc. in the case captioned above.

Respectfully submitted,

/s/ Seth M. Wilson
Seth M. Wilson
  BBO No. 640270
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel.: (413) 272-6288
Fax: (413) 272-6806

Dated:  November 22, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each other party by mail on November 22, 2005.

/s/ Seth M. Wilson
Seth M. Wilson