UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  |  | Civil Action No. 05-30200-MAP |
| OMG, INC., | ) |  |
|         Plaintiff, | ) |  |
|  | ) | PLAINTIFF OMG'S ASSENTED |
| v. | ) | TO MOTION  FOR EXTENSION |
|  | ) | OF TIME |
| TRUFAST CORP., | ) |  |
|         Defendant. | ) |  |

Plaintiff and Defendant-in-Counterclaim, OMG Inc. ("OMG") hereby moves for an assented to extension of time to December 20, 2005 to plead or otherwise respond to the counterclaims alleged in Defendant and Plaintiff-in-Counterclaim TruFast Corporation's ("TruFast") Answer and Counterclaims filed November 16, 2005.

Pursuant to Local Rule 7.1, the parties held a conference on November 22, 2005 where OMG indicated it planned to file several motions in response to TruFast's allegations in the Answer and Counterclaims.  TruFast is considering OMG's concerns and the parties have jointly agreed that the additional time requested in this motion may possibly allow them to resolve these issues without burdening the Court with additional motions.  TruFast has assented to this motion.

Accordingly, OMG respectfully requests the Court to grant this motion.

Dated:  November 23, 2005

Respectfully submitted,
The Plaintiff,
OMG, INC.
By Its Attorneys:

/s/ Seth M. Wilson
Seth M. Wilson
 BBO No. 640270
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel.: (413) 272-6288
Fax: (413) 272-6806

So ordered _____ dated _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served this 23rd day of November, 2005, by first class United States mail, to the following counsel of record:

Michael J. Rye, Esq.
Daniel E. Bruso, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT  06002

/s/ Seth M. Wilson
Seth M. Wilson