IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-30200-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| TruFast Corporation, | ) | (Jury Trial Demanded) |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, OMG, Inc. states that it is a subsidiary of Handy & Harman (a New York corporation), 555 Theodore Fremd Ave., Rye, NY 10580, which is in turn owned by WHX Corporation (NYSE: WHX) (a Delaware corporation), 110 East 59th Street, New York, NY 10022.

Dated this 23rd day of November, 2005.

Respectfully Submitted,

OMG, INC.

By: /s/ James C. Duda
James C. Duda
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
(413) 781-2820 Tel.
(413) 272-6806 Fax

Counsel for Plaintiff
OMG, INC.

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served this 23rd day of November, 2005, by first class United States mail, to the following counsel of record:

    Michael J. Rye, Esq.
    Daniel E. Bruso, Esq.
    Cantor Colburn LLP
    55 Griffin Road South
    Bloomfield, CT 06002

    /s/ James C. Duda
    James C. Duda, Esq.