UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, INC. | § § | |
| Plaintiff, | § § | Civil Action No. 05-30200 (MAP) |
| v. | § § § | |
| TRUFAST CORPORATION | § § § | |
| Defendant. | § § § | |

## MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE WITH ASSENT

NOW COMES TRUFAST Corporation and moves this Court for a continuation to January 4, 2006 of the Initial Scheduling Conference in the above captioned matter. In support thereof, the Parties state that on November 17, 2005, the Court Issued a Notice of Initial Scheduling Conference set for December 22, 2005 at 10:00 a.m. in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. The undersigned has a pre-paid vacation scheduled between December 20 and December 31, 2005 outside of the Commonwealth. Plaintiffs' counsel has assented to this motion.

Respectfully Submitted,

TruFast Corporation
By Its Attorneys

By: _____
Michael J. Rye, Esq. BBO #556383
Daniel E. Bruso, Esq. BBO #631746
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
860-286-2929
Fax: 860-286-0115
**mrye@cantorcolburn.com**
**dbruso@cantorcolburn.com**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been sent, via First Class Mail, postage prepaid, on this 22 day of November 2005, to:

James C. Duda
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Guy D. Yale
Clifford P. Kelly
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

_____
Michael J. Rye