UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMG, INC. § § Plaintiff, § § v. § § § TRUFAST CORPORATION § § Defendant. § § § | Civil Action No. 05-30200 (MAP) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant, TRUFAST Corporation, states that no publicly held corporations own 10% or more of its stock.

Respectfully Submitted,

TRUFAST Corporation

By: _____
Michael J. Rye, Esq. BBO #556383
Daniel E. Bruso, Esq. BBO #631746
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
860-286-2929
Fax: 860-286-0115
**mrye@cantorcolburn.com**
**dbruso@cantorcolburn.com**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent, via First Class Mail, postage prepaid, on this 27 day of November 2005, to:

James C. Duda
Gaston de los Reyes
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Guy D. Yale
Clifford P. Kelly
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

Seth M. Wilson
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06103

_____
Michael J. Rye, Esq.