**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| OMG, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-30200-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| TruFast Corporation, | ) | (Jury Trial Demanded) |
| | ) | |
| Defendants. | ) | |

**JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE**

The parties, having satisfied their obligations under Fed. R. Civ. P. 26(f) and LR 16.1 and having agreed upon a Proposed Pretrial Schedule, submit the following for the review of the Court.

**AGENDA OF MATTERS TO BE DISCUSSED**
**AT THE SCHEDULING CONFERENCE**

1. Proposed Scheduling Order.

2. Proposed Protective Order.

3. Timing of Alternative Dispute Resolution.

4. Settlement Proposal

5. Bifurcation of liability and damages.

**PROPOSED DISCOVERY PLAN AND SCHEDULE**

1. **Pre-Discovery Disclosures**.  The parties will exchange by January 10, 2005, the information required by Fed. R. Civ. P. 26(a)(1).

2. **Amendments to the Pleadings**.  All motions to amend the pleadings shall be filed on or before April 30, 2006.

3. **Discovery**.

   (a)  All fact discovery shall be commenced so as to be completed by November 30, 2006.

      i)  By February 15, 2006, the plaintiff will identify the claims of the patent at issue that it claims to be infringed and the specific factual basis and documentary support for the alleged infringement.

ii)     By March 1, 2006, the defendant will identify, for each claim alleged to be infringed, the specific factual basis and any documentary support for its contention that it does not infringe and/or any defenses or counterclaims.

iii)     By June 1 , 2006, the parties shall exchange a list of all claim terms necessary to be construed by the court.

iv)     By July 15, 2006, the parties shall simultaneously serve and file opening Markman claim construction briefs.

v)     By August 15, 2006, the parties shall have deposed any expert who submits a declaration or report in support of a Markman claim construction brief and file any reply Markman claim construction briefs.

vi)     A Markman claim construction hearing shall be held on or about September 15, 2006.

(b)     Maximum of ten (10) non-expert depositions per side.  Deposition of experts, in addition to the non-expert depositions, shall be permitted.

(c)     Reports from retained experts required by Fed. R. Civ. P. 26 (a)(2) on issues where a party bears the burden of proof shall be served on September 30, 2006 or 30 days following a ruling on Markman claim construction, whichever is later. Depositions of experts who have submitted a report and responsive expert reports shall be served within 45 days thereof.

(d)     Any party desiring to depose an expert witness shall notice and complete said deposition no later than September 29, 2006, unless otherwise agreed by the parties.

(e)     Discovery Disputes.  Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37 and Local Rule of Civil Procedure 37.1.

4.     **Case Dispositive Motions**.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served by February 28, 2007.  Responses to case dispositive motions shall be served by March 30, 2007.

5.     **Applications by Motion**.  Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Massachusetts.

6.      **Final Pretrial Conference**.  A Final Pretrial Conference will be held on May 31, 2007, or as convenient for the Court.  The Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for the United States District Court for the District of Massachusetts shall govern the pretrial conference.

7.      **Other Matters**.  The parties believe that a Protective Order will facilitate discovery and trial proceedings in this matter, and will submit a Proposed Protective Order for the Court's review.  Pursuant to LR 16.1(c), counsel for the parties have engaged in preliminary talks concerning the settlement of this matter; no resolution has yet been reached.  The parties agree that submission to alternative dispute resolution may be appropriate at some later time, but not at present.  The parties do not agree to having this case tried by a Magistrate Judge. Defendant believes that certain discovery related to potentially invalidating prior art may be necessitated by means of overseas discovery by the Hague Convention procedures.  In the event such procedures result in unavoidable delays in conducting discovery, Defendant will move for modification to the discovery schedule as currently proposed.

Dated this 28th day of December, 2005.

Counsel for Defendant                           Counsel for Plaintiff
TruFast Corporation                             OMG, INC.


/s/ Daniel E. Bruso                             /s/ Seth M. Wilson
Michael J. Rye, Esq. (BBO 556383)              James C. Duda, Esq. (BBO 551207)
Daniel E. Bruso, Esq. (BBO 631746)             Seth M. Wilson, Esq. (BBO 640270)
Cantor Colburn LLP                             Gaston de los Reyes, Esq. (BBO 662200)
55 Griffin Road South                          Bulkley, Richardson and Gelinas, LLP
Bloomfield, CT 06002                           1500 Main Street, Suite 2700
Tel: (860) 286-2929                            Springfield, MA 01115
Fax: (860) 286-0115                            Tel: (413) 781-2820
                                               Fax: (413) 272-6806

                                               Clifford P. Kelly
                                               Guy D. Yale
                                               Alix, Yale & Ristas, LLP
                                               750 Main Street, 14th Floor
                                               Hartford, CT  06103-2721
                                               Tel: (860) 527-9211
                                               Fax: (860) 527-5029

3

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true copy of the foregoing was served this 28th day of December, 2005, by first class United States mail, to the following counsel of record:

     Michael J. Rye, Esq.
     Daniel E. Bruso, Esq.
     Cantor Colburn LLP
     55 Griffin Road South
     Bloomfield, CT  06002


                 /s/ Seth M. Wilson
                 Seth M. Wilson

## IN THE UNITED STATES DISTIRCT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

OMG, Inc )
              )
    Plaintiff )
              )      Civil Action No. 05-30200-KPN
              )
    v. )
              )
TruFast Corporation, )
              )
    Defendant. )

## PLAINTIFF OMG, INC.'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certifies that he has conferred with Plaintiff OMG, Inc. (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses  of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Hubert T McGovern
Senior Vice President and General Manager
OMG, Inc.

Guy D. Yale
ALIX, YALE & RISTAS, LLP
750 Main Street, 14th Floor
Hartford, CT  06103-2721
(860) 527-9211 Tel
(860) 527-5029 Fax

Date: 12/27/2005, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| OMG, Inc | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 05-30200-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| TruFast Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF TRUFAST CORPORATION'S
LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certifies that he

has conferred with Defendant TRUFAST Corporation. (a) with a view to establishing

a budget for the costs of conducting the full course - and various alternative

courses - of the litigation; and (b) to consider the resolution of the litigation through

the use of alternative dispute resolution programs such as those outlined in Local

Rule 16.4

Brian D. Roth
President
TRUFAST Corporation

Michael J. Bye
Daniel E. Bruso
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (telephone)
(860) 286-0115 (facsimile)

Date: December 28, 2005