UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OMG, INC.                          §
                                   §
        Plaintiff,                 §
                                   §        Civil Action No. 05-30200 (MAP)
v.                                 §
                                   §
                                   §
TRUFAST CORPORATION                §
                                   §
        Defendant.                 §
                                   §

**DEFENDANT'S MOTION FOR EXTENTION OF TIME
(ASSENTED TO)**

Defendant TRUFAST Corporation ("Trufast") moves to extend the deadline for it to oppose Plaintiff OMG, Inc.'s Motion to Strike [Docket No. 20] from January 3, 2006, to January 31, 2006.  In support thereof, Trufast states that it needs additional time to oppose the Motion to Strike.

On or about December 28, 2005, OMG's counsel assented to the relief requested herein.

WHEREFORE, Defendant TRUFAST Corporation respectfully requests that this Court allow the instant Motion on its terms and grant such other relief as it deems just and appropriate.

1

Date: December 28, 2005                Respectfully Submitted,
                                       TRUFAST Corporation


                                       By: ___/s/Daniel E. Bruso_____
                                             Michael J. Rye, Esq. BBO #556383
                                             Daniel E. Bruso, Esq. BBO #631746
                                             Cantor Colburn LLP
                                             55 Griffin Road South
                                             Bloomfield, CT 06002
                                             860-286-2929
                                             Fax: 860-286-0115
                                             **mrye@cantorcolburn.com**
                                             **dbruso@cantorcolburn.com**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent electronically via the ECF system to all registered participants and via First Class Mail, postage prepaid, on this 28th day of December 2005, to:

James C. Duda, Esq.
Seth M. Wilson, Esq.
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Guy D. Yale, Esq.
Clifford P. Kelly, Esq.
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

/s/Daniel E. Bruso
Daniel E. Bruso