UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OMG, INC.,                          )
                    Plaintiff      )
                                   )
        v.                         )        Civil Action No. 05-30200-MAP
                                   )
                                   )
                                   )
TRUFAST CORPORATION,               )
                    Defendant      )

SCHEDULING ORDER
January 4, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this

day:

1.    The parties shall complete their automatic disclosures by January 10,

2006.

2.    Motions to amend the pleadings shall be filed by April 28, 2006.

3.    All fact discovery shall be commenced so as to be completed by

November 30, 2006.

        a)    By February 15, 2006, Plaintiff will identify the claims of the

        patent at issue that it claims to be infringed and the specific

        factual basis and documentary support for the alleged

        infringement.

        b)    By March 1, 2006, Defendant will identify, for each claim

alleged to be infringed, the specific factual basis and any

documentary support for its contention that it does not

infringe and/or any defenses or counterclaims.

c)    By June 1, 2006, the parties shall exchange a list of all claim

terms necessary to be construed by the court.

d)    By July 14, 2006, the parties shall simultaneously serve and

file opening Markman claim construction briefs.

e)    By August 15, 2006, the parties shall have deposed any

expert who submits a declaration or report in support of a

Markman claim construction brief and file any reply

Markman claim construction briefs.

4.    Counsel shall appear for a markman hearing on September 7, 2006, at

2:00 p.m. in Courtroom One.

IT IS SO ORDERED.

DATED: January 4, 2006

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge