# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMG, Inc., | )<br>) |
| Plaintiff, | )  Civil Action No. 05-30200-MAP<br>) |
| v. | )<br>) |
| TruFast Corporation, | )  (Jury Trial Demanded)<br>) |
| Defendants. | ) |

## PLAINTIFF OMG'S INITIAL
## DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff, OMG, Inc. ("OMG") makes the following initial disclosures to the Defendant, TruFast Corporation ("TruFast").

The following disclosures are based upon information as it is available to OMG at this early stage of litigation. Investigation and preparation of this case continue. OMG has provided the required information to the best of its current ability given the early stage of investigation and discovery. OMG anticipates that further information may alter the information presented below as it is developed in this case, and, therefore, reserves the right to amend and/or supplement these responses. The disclosures made below are made with reservation of all rights to object to the introduction of any of the below information into evidence and are not intended to waive any applicable privilege.

A.   **Persons Likely to Have Discoverable Information That OMG May Use to Support Its Claims or Defenses.**

| Person | Subject Matter of Information |
|---|---|
| Hubert McGovern<br>OMG, Inc.<br>153 Bowles Road<br>Agawam, MA  01001<br>(Senior Vice President and General Manager) | Conception and development of OMG log fastener; knowledge of prior log fasteners; knowledge of prosecution of the application for the patent-in-suit; knowledge of organization of OMG. |
| Todd Emmonds<br>OMG, Inc.<br>153 Bowles Road<br>Agawam, MA  01001 | Conception and development of OMG log fastener; knowledge of prior log fasteners. |
| TruFast Corporation<br>5 Williams County Road 12-C<br>Bryan, Ohio 43501<br><br>and other manufacturers and/or distributors that it induces to infringe including, but not limited to, Perma-Chink, Logfinish.com, Log Home Supercenter, LLC, and Twin Creeks Log Home Supply. | Damages, infringing activities. |

B.   **Description by Category and Location of All Documents, Data Compilations, and Tangible Things in Plaintiff's Possession, Custody or Control That OMG May Use to Support Its Claims or Defenses.**

| Description by Category | Location |
|---|---|
| Correspondence, memoranda, drawings, log fastener samples, sales literature and advertising literature | OMG, Inc.<br>153 Bowles Road<br>Agawam, MA  01001 |
| patent documents and fastener samples | Alix, Yale & Ristas, LLP<br>750 Main Street<br>Hartford, CT 06103 |

C.  **Computation of Categories of Damages**

The extent of damages resulting from TruFast's infringement of the patent-in-suit, including all monetary losses suffered by OMG, but at least reasonable royalties, will be ascertained during discovery.  Consequently, damages cannot be identified and precisely quantified at the present time.  In addition, OMG has requested that this action be declared an exceptional case pursuant to 35 U.S.C Section 285 and that OMG be awarded its reasonable attorneys' fees and costs.  These expenses to be incurred by OMG are ongoing and will likely continue into the foreseeable future.

D.  **Insurance Agreements Available to Satisfy All or Part of a Judgment**

No such insurance agreements exist.

Dated this  10th  day of January, 2006.

Respectfully Submitted,
The Plaintiff,
OMG, INC.
By Its Attorneys:

By___/s/ Seth M. Wilson____
James C. Duda, Esq.
  BBO 551207
Seth M. Wilson, Esq.
  BBO 640270
Gaston de los Reyes, Esq.
  BBO 662200
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Telephone: (413) 781-2820
Facsimile: (413) 272-6806

Clifford P. Kelly
Guy D. Yale
Alix, Yale & Ristas, LLP
750 Main Street, 14th Floor
Hartford, CT  06103-2721
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served this  10th  day of January, 2006, by first class United States mail, to the following counsel of record:

Michael J. Rye, Esq.
Daniel E. Bruso, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

/s/ Seth M. Wilson
Seth M. Wilson, Esq.