UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMG, INC. § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 05-30200 (MAP) |
| v. § | |
| § | |
| § | |
| TRUFAST CORPORATION § | |
| § | |
| Defendant. § | |
| § | |

## **DEFENDANT, TRUFAST CORPORATIONS INITIAL DISCLOSURE**

Pursuant to Fed.R.Civ.P. 26(a)(1), the Defendant, TRUFAST Corporation (hereafter "TruFast") provides the following Initial Disclosure to Plaintiff, OMG, Inc. (hereafter "OMG").

TruFast Disclosures hearing are made without in any way waiving (1) the right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, with the right to object to the use of any information disclosed herein for any purpose, and whole or in part, in any subsequent proceeding in this action or in any other action; and (2) the right to object on any and all proper grounds to any other discovery request or proceeding involving or relating to the subject matter of these disclosures consistent with the Federal Rules of Civil Procedure in the Local Rules.

## **INITIAL DISCLOSURE**

The scope of this Disclosure is based on the information currently available to TruFast;

A. <u>Persons Who Are likely To Have Discoverable Information Relevant To Claims And Defenses Alleged With Particularity In The Pleadings</u>

1

1.  Brian Roth, TruFast Corporation, 5 Williams County Road, Bryan, Ohio, may have information concerning TruFast's counterclaims relating to unfair competition and patent misuse and information concerning the state of the art in the specialty fasteners industry. Mr. Roth may be contacted only through counsel for TruFast.

2.  Gary Severns, TruFast Corporation, 5 Williams County Road, Bryan, Ohio, may have information concerning the validity of U.S. Patent No. 6,050,765 ("the `765 Patent") and information concerning the state of the art in the specialty fasteners industry at the time of the alleged invention of the `765 Patent. Mr. Severns may be contacted only through counsel for TruFast.

3.  Peter Garrigus, TruFast Corporation, 5 Williams County Road, Bryan, Ohio, may have information concerning the validity of the `765 Patent and information concerning the state of the art in the specialty fasteners industry at the time of the alleged invention of the `765 Patent. Mr. Garrigus may be contacted only through counsel for TruFast.

4.  Duane Spangler, TruFast Corporation, 5 Williams County Road, Bryan, Ohio, may have information concerning TruFast's counterclaims relating to unfair competition and patent misuse and information concerning the state of the art in the specialty fasteners industry at the time of the alleged invention of the `765 Patent. Mr. Spangler may be contacted only through counsel for TruFast.

5.  John Galway, Talma Fastener Corporation, Rochester, Indiana, may have information related to the validity of the `765 Patent.

6.  Don Levinsohn, TruFast Corporation, 5 Williams County Road, Bryan, Ohio, may have information concerning the validity of the `765 Patent and information

concerning the state of the art in the specialty fasteners industry at the time of the alleged invention of the `765 Patent. Mr. Levinsohn may be contacted only through counsel for TruFast.

      7.     Hugh McGovern, OMG, Inc., has information related to TruFast counterclaims and Plaintiff's, affirmative defenses and Plaintiff's claims.

B.    <u>Description Of All Documents, Data Compilation, And Tangible Things In TruFast Possession, Custody Or Control, That are Relevant To Claims And Defenses Alleged With Particularity In The Pleadings</u>

Based upon information reasonably available to TruFast at the present time, TruFast identifies the following categories of documents, data compilations, and tangible things that TruFast may use to support its claims or defenses, unless solely for impeachment. This Disclosure does not constitute an admission as to the relevance or admissibility of the identified materials or a waiver of any attorney-client or work product privilege, or other applicable protection or immunity.

      1.     Documents and things related to the patents-in-suit and their prosecution history.

      2.     Documents and things related to OMG's allegations of infringement in 2000-2001.

      3.     Documents and things related to the invalidity of the `765 Patent.

      4.     Documents and things related to the state of the art in field of specialty fasteners at the time of the alleged infringement.

      5.     Documents and things related to TruFast denial and/or refutation of the allegation set forth in OMG's Complaint.

In addition to the forgoing documents after OMG more particularly identifies the substance of its claims, Trufast expects to produce documents, data compilations and tangible things upon which TruFast will rely to support its claims or defenses.

C.  Computation Of Damages Claimed By TruFast

TruFast states that it has not yet prepared its damages and analysis in the event of a finding of infringement but will do so within the proper time as required by the Case Management Plan entered in this matter.

D.  Any Insurance Agreement Under Which Any Person Carrying On An Insurance Business May Be Liable to Satisfy Part Or All Of A Judgment Which May Be Entered In This Action Or To Indemnify Or Reimburse For Payments Made to Satisfy Any Judgment.

TruFast states that it is not presently aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfying part or all of the judgment against TruFast which may be entered in this action or to indemnify or reimburse for payments made to satisfy any judgment so entered.

Respectfully Submitted,

TRUFAST Corporation

By: ___/s/ Michael J. Rye_____
Michael J. Rye, Esq. BBO #556383
Daniel E. Bruso, Esq. BBO #631746
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
860-286-2929
Fax: 860-286-0115
mrye@cantorcolburn.com
dbruso@cantorcolburn.com

## **CERTIFICATE OF SERVICE**

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2006.

James C. Duda
Gaston de los Reyes
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Guy D. Yale
Clifford P. Kelly
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

Seth M. Wilson
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06103

                                                /s/ Michael J. Rye_____
                                                Michael J. Rye, Esq.