UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMG, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TRUFAST CORP., )<br>    Defendant. ) | Civil Action No. 05-30200-MAP |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S FOURTH, FIFTH AND SIXTH COUNTERCLAIMS**

Plaintiff OMG, Inc. ("OMG") hereby moves pursuant to Fed. R. Civ. P. 12 to dismiss Defendant Trufast Corp.'s ("Trufast") Fourth, Fifth and Sixth Counterclaims of the Defendant Trufast Corporation's First Amended Counterclaims (Document No. 17). As discussed in the accompanying Memorandum, the Noerr-Pennington Doctrine protects OMG from liability for such claims and Trufast has failed to plead facts that, even if proven, could establish an exception and allow it to evade the Doctrine's protections of OMG's constitutionally protected petitioning activities.

Accordingly, OMG, respectfully requests the Court to dismiss the Fourth, Fifth and Sixth Counterclaims of Defendant Trufast Corporation's First Amended Counterclaims (Document No.17).

Dated: May 9, 2006

Respectfully submitted,
The Plaintiff,
OMG, INC.
By Its Attorneys:

/s/ Seth M. Wilson
James C. Duda
  BBO No. 551207
Seth M. Wilson
  BBO No. 640270

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Doc. 361091

Gaston de los Reyes
 BBO No. 662200
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6288
Fax: (413) 272-6806

Clifford P. Kelly, Esq.
Guy D. Yale, Esq.
Alix, Yale & Ristas, LLP
750 Main Street, 14th Floor
Hartford, CT 06103-2721
Tel: (860) 527-9211
Fax: (860) 527-5029

CERTIFICATE OF SERVICE
================================

      I, Seth M. Wilson, hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Michael J. Rye, Esq.
Daniel E. Bruso, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT  06002

                           /s/ Seth M. Wilson
                           Seth M. Wilson