UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, INC. | § § § | |
| Plaintiff, | § § | Civil Action No. 05-30200 (MAP) |
| v. | § § § | |
| TRUFAST CORPORATION | § § § | |
| Defendant. | § § | |

## DEFENDANT TRUFAST CORPORATION'S MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS (ASSENTED TO)

Defendant TRUFAST Corporation moves this Court to extend the deadline for TRUFAST to respond to Plaintiff OMG, Inc.'s Motion To Dismiss Fourth, Fifth and Sixth Counterclaims [Docket No. 29] from May 23, 2006, through and including June 2, 2006. In support thereof, TRUFAST avers that it needs additional time to respond to Plaintiff's Motion.

On or about May 19, 2006, Plaintiff's counsel, Seth Wilson, assented to the relief requested herein.

1

WHEREFORE, Defendant TRUFAST Corporation respectfully requests that this Court allow the instant Motion on its terms and grant such other relief as it deems just and appropriate.

Date: 5/22/06                    Respectfully Submitted,
                                 TruFast Corporation
                                 By Its Attorneys


                                 By:  /s/ Daniel E. Bruso
                                     Daniel E. Bruso, Esq. BBO #631746
                                     Michael J. Rye, Esq. BBO #556383
                                     Cantor Colburn LLP
                                     55 Griffin Road South
                                     Bloomfield, CT 06002
                                     860-286-2929
                                     Fax: 860-286-0115
                                     **mrye@cantorcolburn.com**
                                     **dbruso@cantorcolburn.com**

**CERTIFICATE OF SERVICE**

      I, Daniel E. Bruso, Esq., hereby certify that, on May 22, 2006, I served a copy of the foregoing document via the ECF system upon all counsel of record:

Seth M. Wilson
James C. Duda
Gaston de los Reyes
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Guy D. Yale
Clifford P. Kelly
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

                                                      /s/Daniel E. Bruso
                                                       Daniel E. Bruso