UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 05-30200 (MAP) |
| v. | § | |
| | § | |
| | § | |
| TRUFAST CORPORATION | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Defendant TRUFAST Corporation ("Trufast") and Plaintiff OMG, Inc. ("OMG" and, together with TRUFAST, the "Parties") move this Court to modify this Court's January 4, 2006, Scheduling Order by extending the deadline for the parties to file their *Markman* claims construction briefs from July 14, 2006 to September 22, 2006, and by extending the deadline for the parties to depose experts who submit declarations or reports in support of a party's *Markman* briefs and to file reply *Markman* briefs from August 15, 2006, to October 20, 2006. In support thereof, the parties rely upon the pleadings filed to date and state as follows:

1.  This is a patent infringement action. OMG alleges that TRUFAST is liable to OMG for infringing United States Patent No. 6,050,765 (the " '765 Patent")

2.  TRUFAST denies OMG's allegations, and has asserted counterclaims alleging that the '765 Patent is invalid and not infringed, and that OMG is liable to TRUFAST for intentional interference with advantageous relations, unfair competition and product disparagement.

1

3.    The parties have been discussing the possibility of settlement.  In furtherance of their discussions, the parties are attempting to schedule a meeting between their respective corporate presidents and counsel.  The parties anticipate that this meeting will take place in the latter half of August, 2006.

4.    Under the terms of this Court's January 4, 2006, scheduling order, the parties' *Markman* claims construction briefs are due on July 14, 2006.  Depositions of experts who submit declarations or reports in support of a party's *Markman* brief must be complete by August 15, 2006, with reply *Markman* claims construction briefs also due August 15, 2006.

5.    The parties respectfully request that this Court modify the Scheduling Order by extending the deadline for the parties to file their *Markman* claims construction briefs from July 14, 2006 to September 22, 2006, and by extending the deadline for the parties to depose experts who submit declarations or reports in support of a party's *Markman* briefs and to file reply *Markman* briefs from August 15, 2006, to October 20, 2006.

6.    In support of their request, the parties aver that modifying the Scheduling Order in the manner requested will facilitate settlement discussions by allowing the parties to focus on their settlement negotiations.  In addition, modifying the scheduling order will conserve the Court's and the parties' resources because, if the settlement negotiations are successful, it will not be necessary for the parties to prepare, or for this Court to review, *Markman* briefs.

WHEREFORE, TRUFAST Corp. and OMG, Inc., respectfully request that this Court allow the instant Motion on its terms and grant such other relief as it deems just and appropriate.

Dated: July 12, 2006

Counsel for Defendant
TruFast Corporation

Counsel for Plaintiff
OMG, INC.

/s/ Daniel E. Bruso
Michael J. Rye, Esq. (BBO 556383)
Daniel E. Bruso, Esq. (BBO 631746)
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

/s/ Seth M. Wilson
James C. Duda, Esq. (BBO 551207)
Seth M. Wilson, Esq. (BBO 640270)
Gaston de los Reyes, Esq.
(BBO 662200)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Telephone: (413) 781-2820
 Facsimile: (413) 272-6806

Clifford P. Kelly
Guy D. Yale
Alix, Yale & Ristas, LLP
750 Main street, 14th Floor
Hartford, CT  06103-2721
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent electronically via the ECF system to all registered participants and via First Class Mail, postage prepaid, on this 12th day of July 2006, to:

James C. Duda, Esq.
Seth M. Wilson, Esq.
Gaston de los Reyes, Esq. 662200)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Guy D. Yale, Esq.
Clifford P. Kelly, Esq.
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

   /s/Daniel E. Bruso_____
Daniel E. Bruso