UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, INC., ) | | |
|       Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No. 05-30200-MAP | |
| ) | | |
| TRUFAST CORPORATION, ) | | |
|       Defendant ) | | |

REVISED SCHEDULING ORDER
July 13, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Modify Scheduling Order (Document No. 33) and revises the schedule, in applicable part, as follows:

1. By September 22, 2006, the parties shall simultaneously serve and file opening Markman claim construction briefs.

2. By October 20, 2006, the parties shall have deposed any expert who submits a declaration or report in support of a Markman claim construction brief and file any reply Markman claim construction briefs.

3. Counsel shall appear for a Markman hearing on November 17, 2006, at 2:00 p.m. in Courtroom One. The September 7, 2006 hearing is hereby cancelled.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge