UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30200-KPN

| | |
|---|---|
| OMG, INC. ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | WITHDRAWAL OF |
| ) | APPEARANCE |
| TRUFAST CORP. ) | |
|     Defendant ) | |

Please withdraw my appearance as counsel for plaintiff OMG, Inc. in the case captioned above.

Dated:  August 31, 2006                                      Respectfully submitted,


/s/ Gastón de los Reyes
Gastón de los Reyes
  BBO No. 662200
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel.: (413) 272-6249
Fax: (413) 272-6804


CERTIFICATE OF SERVICE

I, Gastón de los Reyes, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ Gastón de los Reyes
Gastón de los Reyes

#423837