IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-30200 (MAP) |
| | ) | |
| v. | ) | |
| | ) | |
| TruFast Corporation, | ) | (Jury Trial Demanded) |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff OMG, Inc. ("OMG") and Defendant TruFast Corporation ("TruFast" and, together with OMG, the "Parties") by their attorneys jointly represent:

1. That there is currently pending before the Court a Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims, with a hearing set for September 25, 2006.

2. That under the terms of the Court's January 4, 2006, Scheduling Order, the Parties' *Markman* claims construction briefs had been due on July 14, 2006. Depositions of experts who submit declarations or reports in support of a party's *Markman* brief had been due by August 15, 2006, and reply *Markman* claims construction briefs had also been due by August 15, 2006.

3. That in response to a Joint Motion to Modify Scheduling Order filed July 12, 2006, the Court issued a Revised Scheduling Order extending the deadlines for the Parties to file *Markman* claims construction briefs to September 22, 2006, depositions of experts who submit declarations or reports in support of a party's *Markman* brief to October 20, 2006, and reply *Markman* claims construction briefs to October 20, 2006. The Revised Scheduling Order also continued the *Markman* hearing to November 17, 2006.

4.      That the Parties to this action have reached an understanding in principle for settling of the entire litigation, subject to certain corporate approvals and the drafting of a mutually acceptable definitive agreement, and the execution of that agreement.

5.      That the Parties realize that they will not be able to complete matters before either the September 22, 2006 deadline for filing *Markman* claims construction briefs or the September 25, 2006 hearing date for the Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims.

WHEREFORE, for the above reasons, OMG, Inc. and TRUFAST Corp., respectfully request that the Court continue the *Markman* hearing to February 23, 2007, continue the hearing on the Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims to November 13, 2006, or other dates more convenient for the Court and modify the Scheduling Order by extending the deadlines for the Parties to file *Markman* claims construction briefs to November 17, 2006, depositions of experts who submit declarations or reports in support of a party's *Markman* brief to January 19, 2007, and reply *Markman* claims construction briefs to January 19, 2007.

Dated this 8th day of September, 2006.

| For Defendant, | For Plaintiff, |
| --- | --- |
| /s/ Daniel E. Bruso | /s/ Seth M. Wilson |
| Michael J. Rye, Esq. (BBO 556383) | James C. Duda, Esq. (BBO 551207) |
| Daniel E. Bruso, Esq. (BBO 631746) | Seth M. Wilson, Esq. (BBO 640270) |
| Cantor Colburn LLP | Bulkley, Richardson and Gelinas, LLP |
| 55 Griffin Road South | 1500 Main Street, Suite 2700 |
| Bloomfield, CT 06002 | Springfield, MA 01115 |
| Telephone: (860) 286-2929 | Telephone: (413) 781-2820 |
| Facsimile: (860) 286-0115 | Facsimile: (413) 272-6806 |
| | Clifford P. Kelly |
| | Guy D. Yale |
| | Alix, Yale & Ristas, LLP |
| | 750 Main Street, 14th Floor |
| | Hartford, CT  06103-2721 |
| | Telephone: (860) 527-9211 |
| | Facsimile: (860) 527-5029 |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing been sent electronically via the ECF system to all registered participants and via First Class Mail, postage prepaid, on this 8th day of September, 2006 upon:

Michael J. Rye, Esq.
Daniel E. Bruso, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

                                          /s/ Seth M. Wilson
                                              Seth M. Wilson, Esq.