IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-30200 (MAP) |
| | ) | |
| v. | ) | |
| | ) | |
| TruFast Corporation, | ) | (Jury Trial Demanded) |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff OMG, Inc. ("OMG") and Defendant TruFast Corporation ("TruFast" and, together with OMG, the "Parties") by their attorneys jointly represent:

1. That there is currently pending before the Court a Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims, with a hearing that had been set for September 25, 2006.

2. That under the terms of the Court's January 4, 2006, Scheduling Order, the parties' *Markman* claims construction briefs had been due on July 14, 2006. Depositions of experts who submit declarations or reports in support of a party's *Markman* brief had been due by August 15, 2006, and reply *Markman* claims construction briefs had also been due by August 15, 2006.

3. That in response to a Joint Motion to Modify Scheduling Order filed July 12, 2006, the Court issued a Revised Scheduling Order extending the deadlines for the parties to file *Markman* claims construction briefs to September 22, 2006, depositions of experts who submit declarations or reports in support of a party's *Markman* brief to October 20, 2006, and reply *Markman* claims construction briefs to October 20, 2006. The Revised Scheduling Order also continued the *Markman* hearing to November 17, 2006.

4. That in response to a Joint Motion to Modify Scheduling Order filed September 7, 2006, the Court issued a Revised Scheduling Order extending the deadlines for the parties to file *Markman* claims construction briefs to November 17, 2006, and reply *Markman* claims construction briefs to January 19, 2007. The Revised Scheduling Order also continued the *Markman* hearing to February 23, 2007 and the hearing on the Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims to November 17, 2006.

5. That the Parties to this action have reached an understanding in principle for settling of the entire litigation, subject to certain corporate approvals and the drafting of a mutually acceptable definitive agreement, and the execution of that agreement.

6. That the Parties realize that they will not be able to complete matters before the November 17, 2006 deadline for filing *Markman* claims construction briefs and for hearing the Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims.

WHEREFORE, for the above reasons, OMG, Inc. and TRUFAST Corp., respectfully request that the Court continue the *Markman* hearing to April 27, 2007, continue the hearing on the Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims to January 19, 2007, and modify the Scheduling Order by extending the deadlines for the parties to file *Markman* claims construction briefs to January 19, 2007, depositions of experts who submit declarations or reports in support of a party's *Markman* brief to March 2, 2007, and reply *Markman* claims construction briefs to March 2, 2007.

Dated this 14th day of November, 2006.

For Defendant,

 /s/ Daniel E. Bruso
Michael J. Rye, Esq. (BBO 556383)
Daniel E. Bruso, Esq. (BBO 631746)
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

For Plaintiff,

 /s/ Seth M. Wilson
James C. Duda, Esq. (BBO 551207)
Seth M. Wilson, Esq. (BBO 640270)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Telephone: (413) 781-2820
Facsimile: (413) 272-6806

Clifford P. Kelly
Guy D. Yale
Alix, Yale & Ristas, LLP
750 main street, 14th Floor
Hartford, CT  06103-2721
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing been sent electronically via the ECF system to all registered participants and via First Class Mail, postage prepaid, on this 14th day of November, 2006 upon:

Michael J. Rye, Esq.
Daniel E. Bruso, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

By: /s/ Seth M. Wilson
    Seth M. Wilson, Esq.