IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMG, Inc., | ) | |
| Plaintiff, | ) ) | Civil Action No. 05-30200 (MAP) |
| v. | ) ) ) | |
| TruFast Corporation, | ) ) | (Jury Trial Demanded) |
| Defendants. | ) | |

## STATUS REPORT

On November 14, 2006, Plaintiff OMG, Inc. ("OMG") and Defendant TruFast Corporation ("TruFast") filed a Joint Motion asking the Court to modify the Scheduling Order, to continue the hearing on the Motion to Dismiss Defendant's Fourth, Fifth and Sixth Counterclaims, and to continue the *Markman* hearing to allow the parties to continue negotiations designed to lead to a cooperative resolution to this proceeding. On November 15, 2006, the Court granted the Joint Motion and required the parties to submit a written status report no later than December 15, 2006 if the case were not finally resolved by that time.

The parties are continuing their negotiations and believe that the case may be finally resolved before the dates set forth for any filings under the current Scheduling Order and before the current dates for the Motion to Dismiss hearing and the *Markman* hearing. The parties, through their attorneys, are available to discuss this matter with the Court, should the Court believe it necessary

Dated this 15th day of December, 2006.

| For Defendant, | For Plaintiff, |
|---|---|
| ___/s/Daniel E. Bruso___ | ___/s/Clifford P. Kelly___ |
| Michael J. Rye, Esq. (BBO 556383) | James C. Duda, Esq. (BBO 551207) |
| Daniel E. Bruso, Esq. (BBO 631746) | Seth M. Wilson, Esq. (BBO 640270) |
| Cantor Colburn LLP | Bulkley, Richardson and Gelinas, LLP |
| 55 Griffin Road South | 1500 Main Street, Suite 2700 |
| Bloomfield, CT 06002 | Springfield, MA 01115 |
| Telephone: (860) 286-2929 | Telephone: (413) 781-2820 |
| Facsimile: (860) 286-0115 | Facsimile: (413) 272-6806 |

Clifford P. Kelly
Guy D. Yale
Alix, Yale & Ristas, LLP
750 main street, 14th Floor
Hartford, CT  06103-2721
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing been sent electronically via the ECF system, on this 15th day of December, 2006 upon:

James C. Duda, Esq. (BBO 551207)
Seth M. Wilson, Esq. (BBO 640270)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Clifford P. Kelly
Guy D. Yale
Alix, Yale & Ristas, LLP
750 main street, 14th Floor
Hartford, CT 06103-2721

/s/ Daniel E. Bruso