UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMG, INC.<br><br>    Plaintiff,<br><br>v.<br><br>TRUFAST CORPORATION<br><br>    Defendant. | Civil Action No. 05-30200 (MAP) |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, OMG, Inc. and Defendant, Trufast Corporation by and through their attorneys, hereby stipulate that the above-identified proceedings be dismissed with prejudice, waiving all rights to appeal and with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,
OMG, Inc.
By Its Attorneys

TruFast Corporation
By Its Attorneys

By: /s/Clifford P. Kelly
Seth M. Wilson BBO#640270
James C. Duda BBO# 551207
Gaston de los Reyes BBO# 66220
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
413-781-2820
413-272-6806 fax

By: /s/Daniel E. Bruso
Daniel E. Bruso, Esq. BBO #631746
Michael J. Rye, Esq. BBO #556383
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
860-286-2929
Fax: 860-286-0115
mrye@cantorcolburn.com
dbruso@cantorcolburn.com

Guy D. Yale
Clifford P. Kelly
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

## CERTIFICATE OF SERVICE

I, Daniel E. Bruso, Esq., counsel to Trufast Corporation in the above-captioned matter, certify that, on the 4th day of January, 2007, I served a copy of the foregoing document, via First Class Mail, postage prepaid, upon:

Seth M. Wilson, Esq.
James C. Duda, Esq.
Gaston de los Reyes, Esq.
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115

Guy D. Yale, Esq.
Clifford P. Kelly, Esq.
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Hartford, CT 06103-2721

    /s/Daniel E. Bruso
    Daniel E. Bruso